UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DIXIE C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| KILOLO KIJAKAZI, Acting | ) | 3:21-CV-0764-G-BN |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this

case, and the Findings, Conclusions, and Recommendation of the United States

Magistrate Judge dated September 20, 2021, the court finds that the Findings,

Conclusions, and Recommendation of the Magistrate Judge are correct and they are

accepted as the Findings, Conclusions, and Recommendation of the court.

It is therefore **ORDERED** that the Findings, Conclusions, and

Recommendation of the United States Magistrate Judge are accepted.  The

Commissioner's[*] Motion Pursuant to Fed. R. Civ. P. 12(b)(1) to Dismiss Plaintiff's

Complaint in Part and Motion for an Extension of Time Within Which to Answer

and File the Certified Administrative Record (docket entry 9) is **DENIED**, and the

Commissioner must file her Answer and the Administrative Record within 21 days of

the date of this order.

      **SO ORDERED**.

October 15, 2021.

_____
**A. JOE FISH**
**Senior United States District Judge**

---

[*]       Kilolo Kijakazi is now the Acting Commissioner of Social Security and is automatically substituted as a party pursuant to FED. R. CIV. P. 25(d); *see also* 42 U.S.C. § 405(g) (action survives regardless of any change in person occupying the office of Commissioner of Social Security).